UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:11-cv-23260-PAS

JAN BENSON SEGAL,

    Plaintiff,

vs.

SKYLAKE 1380 LTD, d/b/a
SKYLAKE PROFESSIONAL PLAZA,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2), Plaintiff hereby gives notice that he is dismissing the action against Defendant, SKYLAKE 1380 LTD, d/b/a SKYLAKE PROFESSIONAL PLAZA, and states:

1) Plaintiff commenced the Title III Americans with Disabilities Act lawsuit on September 9, 2011.

2) Defendant's first recognized appearance through counsel was by means of a Motion to Dismiss filed October 26, 2011 [DE 11], which was subsequently denied by the Court [DE 17].

3) On April 10, 2012, counsel for Defendant filed their initial Motion to Withdraw as counsel [DE 29] prior to supplying any discovery responses in the instant matter.

4) Counsel for Defendant filed a Renewed Motion to Withdraw [DE 33] on May 7, 2012, which was granted by the Court.

5) Pursuant to Order of this Court, Plaintiff thereafter filed his Motion for Entry of Clerk's Default [DE 35].

6) The Order Denying Motion for Default Final Judgment [DE 41], required that the Plaintiff either (a) file an Amended Complaint to comply with specificity requirements addressed in [DE 41], or (b) take a voluntary dismissal without prejudice.

7) Plaintiff subsequently learned that the property at issue was sold in a foreclosure action on February 21, 2012, with the Clerk of Court for the Eleventh Judicial Circuit in and for Miami-Dade, Florida issuing a Certificate of Title to the new owner as of March 8, 2012.  See Exhibit 1.

8) As Defendant no longer has custody or control of the subject premises, it would not be able to undertake any remedial measures to bring the property into compliance with the ADA Guidelines, rendering any such injunctive relief moot.

WHEREFORE, the Plaintiff, JAN BENSON SEGAL, seeks a voluntary dismissal of the action as against the Defendant, SKYLAKE 1380 LTD pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

Dated:  October 30, 2012.

    By:  /s/ William Glenn Dill
          WILLIAM GLENN DILL, ESQ.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 30th day of October, 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of

Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:  /s/ W. Glenn Dill<br>WILLIAM GLENN DILL, ESQ.<br>Florida Bar No.:  174815<br>DILL & REINFELD, PLLC<br>Attorneys for Plaintiff<br>Center Court Building<br>2450 Hollywood Blvd., Suite 310<br>Hollywood, FL 33020<br>Telephone: (754) 263-2063<br>Facsimile: (954) 628-5054<br>E-Mail: glenn@dill-reinfeld.com | By:  /s/ Daniel B. Reinfeld<br>DANIEL B. REINFELD, ESQ.<br>Florida Bar No.:  174815<br>DILL & REINFELD, PLLC<br>2450 Hollywood Blvd., Suite 310<br>Hollywood, FL 33020<br>Telephone: (754) 263-2063<br>Facsimile: (954) 628-5054<br>E-Mail: dan@reinfeldlaw.com |

**JAN BENSON SEGAL v. SKYLAKE 1380 LTD.**
**Case No.: 1:11-cv-23260-PAS**
<u>**Service List**</u>

SKYLAKE 1380 LTD
d/b/a SKYLAKE PROFESSIONAL PLAZA
c/o Registered Agent
Judah Benolo
18851 NE 29th Avenue
Aventura, Florida 33180


JEFFREY R. MAZOR, ESQ.
J. R. Mazor & Associates, P.A.
Presidential Circle
4000 Hollywood Boulevard
Suite 265 South Tower
Hollywood, FL 33021
Telephone: (954) 962-3500